# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> FREE SPEECH SYSTEMS, LLC, <br>    Debtor. | Bankruptcy Case No. 22-60043 |
| SHANNON & LEE LLP, <br>    Appellant, <br><br> v. <br><br> U.S. TRUSTEE <br>    Appellee. | Civil Action No. 23-00464 |

**NOTICE OF BANKRUPTCY COURT ORDER APPROVING SETTLEMENT**

Pursuant to the Order [Dkt. No. 6] entered by this Court on March 28, 2023, Shannon & Lee LLP (the "Appellant"), provides notice of the following:

1. On April 28, 2023, the U.S. Bankruptcy Court for the Southern District of Texas, entered an order [Bankr. Dkt. No. 579] (the "Bankruptcy Court Order") granting the Debtor's Motion for Order Approving Settlement. A copy of the Bankruptcy Court Order is attached hereto as Exhibit A.

2. The deadline for the Appellant to file its principal brief is May 29, 2023.

3. Pursuant to the terms of the settlement approved by the Bankruptcy Court Order, the Appellant anticipates seeking the dismissal of this Appeal upon the Bankruptcy Court Order becoming a final, non-appealable order.

Dated: May 5, 2023                    */s/ R. J. Shannon*
                                                               R. J. Shannon
                                                              S.D. Texas Bar No. 3192614
                                                              Texas Bar No. 24108062
                                                              SHANNON & LEE LLP
                                                              Pennzoil Place
                                                              700 Milam Street, Suite 1300
                                                              Houston, Texas 77002
                                                              Telephone: (713) 714-5770
                                                              Facsimile: (833) 714-5770
                                                              Email: rshannon@shannonleellp.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served through the Court's CM/ECF system on all parties registered to receive such service and by separate email on the following parties:

| | |
|---|---|
| Ha Minh Nguyen<br>Office of the U.S. Trustee<br>515 Rusk Street<br>Ste. 3516<br>Houston, TX 77002<br>ha.nguyen@usdoj.gov | Raymond William Battaglia<br>Law Offices of Ray Battaglia, PLLC<br>66 Granburg Circle<br>San Antonio, TX 78218<br>rbattaglialaw@outlook.com |
| Beth Ann Levene<br>DOJ-Ust<br>Executive Office for the U.S. Trustees<br>441 G Street, N.W.<br>Suite 6150<br>Washington, DC 20530<br>beth.a.levene@usdoj.gov | Christina W Stephenson<br>Crowe & Dunlevy, PC<br>2525 McKinnon St.<br>Suite 425<br>Dallas, TX 75201<br>Crissie.Stephenson@crowedunlevy.com |
| | Kyung Shik Lee<br>4723 B Oakshire Dr<br>Houston, TX 77027<br>kslee50@gmail.com |

                                                                      */s/ R. J. Shannon*

## **EXHIBIT A**

Bankruptcy Court Order

Case 22-60043 Document 579 Filed in TXSB on 04/28/23 Page 1 of 2
Case 22-60043 Document 579 Filed in TXSB on 04/28/23 Page 1 of 2

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-60043 |
| FREE SPEECH SYSTEMS, LLC, | § | |
| | § | |
| DEBTOR. | § | Chapter 11 (Subchapter V) |
| | § | |

**ORDER GRANTING DEBTOR'S MOTION FOR ORDER APPROVING SETTLEMENT**

The Court, having considered the *Debtor's Motion for Order Approving Settlement (*the "Motion"),[1] any responses to the Motion, the statements of counsel, and the record in this case, finds that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties-in-interest; (d) proper and adequate notice of the Motion has been given and no other or further notice is necessary; and (e) good and sufficient cause exists to grant the relief requested. Therefore, IT IS HEREBY ORDERED THAT:

1. For the reasons stated on the record at the April 28, 2023 hearing, the Motion is GRANTED as set forth herein.

2. In full satisfaction of any and all claims or rights to payment from the Debtor and its estate, Shannon & Lee LLP ("S&L") shall receive the $50,822.68 prepetition retainer held by S&L from the Debtor (the "S&L Retainer"). S&L is authorized to take possession of the S&L Retainer upon entry of this Order.

3. In full satisfaction of any and all claims or rights to payment from the Debtor and its estate, Schwartz Associates LLC ("SALLC") shall receive the $75,000.00 prepetition retainer held by SALLC (the "SALLC Retainer"). SALLC is authorized to take possession of the SALLC Retainer upon entry of this Order.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2

4. The Parties are authorized to take any and all actions necessary and appropriate to implement and carry out the provisions of the Settlement.

5. This Court shall retain exclusive jurisdiction with respect to all matters relating to the interpretation or implementation of this Order or the Settlement Agreement.

Signed: April 28, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

2